**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        Petitioner,        **CASE NUMBER: 07-20472**
                                    **HONORABLE VICTORIA A. ROBERTS**

**v.**

**THRILLDEN GABRIEL HOLMES,**

        Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On November 4, 2008, Magistrate Judge Donald A. Scheer submitted a Report and Recommendation (Doc. #84) recommending that the Court DENY Defendant Thrillden Gabriel Holmes's Motion to Suppress Evidence. (Doc. #40). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.

Defendant's motion is **DENIED**.

**IT IS ORDERED**.

                                                  S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: November 25, 2008

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 25, 2008.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |